# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN HAMEL,<br><br>               Petitioner,<br><br>    v.<br><br>J. ESPINOZA,<br><br>               Respondent. | Case No. 8:19-cv-722-SSS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to deny the habeas petition and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

      THEREFORE, the Court accepts the Report and Recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED. Judgment will accordingly be entered dismissing this action with prejudice.

      IT IS SO ORDERED.

DATED: August 23, 2022

                                                           SUNSHINE S. SYKES
                                                           United States District Judge